NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ANITA MENDELSON,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

———————————

2014-7030

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-1594, Chief Judge Bruce E. Kasold.

———————————

**ON MOTION**

———————————

**O R D E R**

Anita Mendelson moves without opposition to withdraw her appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2                                    MENDELSON v. MCDONALD

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: November 20, 2014